ARGUED ON SEPTEMBER 15, 2022; DECIDED ON NOVEMBER 22, 2022

IN THE UNITED STATES COURT OF APPEALS FOR
THE DISTRICT OF COLUMBIA CIRCUIT

|  |  |
|---|---|
| IN RE: CENTER FOR BIOLOGICAL DIVERSITY, and CENTER FOR FOOD SAFETY., <br><br>Petitioners, | ) ) No. 21-1270 ) ) ) ) ) UNOPPOSED VOLUNTARY ) MOTION TO DISMISS ) ) ) ) ) ) ) ) |

## **UNOPPOSED VOLUNTARY MOTION TO DISMISS**

Petitioners the Center for Biological Diversity and Center for Food Safety, hereby submit the following Unopposed Voluntary Motion to Dismiss this Petition for review pursuant to Federal Rule of Appellate Procedure 42(b). Through counsel Respondent U.S. Environmental Protection Agency, and Intervenors for Respondent FMC Corporation and Syngenta Crop Protection LLC have stated that they do not oppose this motion.

Petitioners inform the Court as follows:

1. On January 17, 2025, Petitioners and Respondent EPA executed a settlement agreement that, *inter alia*, required EPA to implement any final Biological Opinion for cyantraniliprole within 12 months from the date of issuance of a final Biological Opinion or by the deadline in a final Biological Opinion set for its implementation, whichever is earlier, subject to certain contingencies; required Petitioners to file a motion for voluntary dismissal without prejudice of this case and *Center for Biological Diversity et al. v. Environmental Protection Agency*, Case No. 23-1329; and allowed time to effectuate resolution of issues involving attorneys' fees and costs. Joint Motion to Hold Case In Abeyance, Doc. 2096380.

2. On February 6, 2025, this Court granted the unopposed Joint Motion to Hold Case In Abeyance filed by Petitioners and Respondent EPA and ordered the Parties to "file motions to govern further proceedings in this appeal within 30 days of the resolution of petitioners' claims for attorneys' fees and costs." Order, Doc. 2099227.

3. Pursuant to settlement and Federal Rule of Appellate Procedure 42(b), Petitioners are filing this unopposed voluntary dismissal of Case No. 21-1270, *Center for Biological Diversity and Center for Food Safety v. Environmental Protection Agency*, with each side to bear its own costs.

2

4.      The purpose of the dismissal is to close this case. All prior decisions of the court, including the November 22, 2022, published opinion and order, should remain intact.

WHEREBY, Petitioners move, and respectfully request that, the Court dismiss the Petition pursuant to Federal Rule of Appellate Procedure 42(b), with each side to bear its own costs, and the opinion and order in this case remain intact.

DATED: <u>April 25, 2025</u>          By: */s/ Jonathan Evans*
                                    Jonathan Evans (DC Cir Bar #53186))
                                    Center for Biological Diversity
                                    2100 Franklin St., Suite 375
                                    Oakland, CA 94612
                                    Direct: (213) 598-1466
                                    Email: jevans@biologicaldiversity.org

                                    Counsel for Petitioners

## CERTIFICATE OF COMPLIANCE

I certify that the forgoing motion was printed in a proportionally spaced font of 14 points and that, according to the word-count program in Microsoft Word, it contains 343 words in compliance with Federal Rule of Appellate Procedure 27 and Circuit Rule 27.