# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 21-1270**                      **September Term, 2022**

**Filed On:** March 2, 2023

In re: Center for Biological Diversity and
Center for Food Safety,

       Petitioners

------------------------------

FMC Corporation and Syngenta Crop
Protection, LLC,
       Intervenors

**BEFORE:** Millett and Rao, Circuit Judges; and Tatel, Senior Circuit Judge

## O R D E R

Upon consideration of the unopposed motion for extension of time to file petitioners' motion for attorneys' fees and expenses under the Equal Access to Justice Act, it is

**ORDERED** that the motion for extension of time be granted. Any motion for attorneys' fees and expenses is now due June 30, 2023.

### Per Curiam

FOR THE COURT:
Mark J. Langer, Clerk

BY:    /s/
Daniel J. Reidy
Deputy Clerk